IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH M. BUCHANAN #10875-078 | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 4:09cv193 |
| | | CRIMINAL NO. 4:03cr83(1) |
| | | |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Don D. Bush.  The Report and Recommendation of the Magistrate Judge, which contains proposed

findings of fact and recommendations for the disposition of such action, has been presented for

consideration, and no objections thereto having been timely filed, the Court is of the opinion that the

findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and

conclusions of the Court.  It is therefore

ORDERED that this civil action is DISMISSED without prejudice.  It is further

ORDERED that all motions by either party not previously ruled on are hereby DENIED.

SIGNED this the 27th day of September, 2012.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE